[No. 32567-9-III.  Division Three.  June 30, 2015.]

DONALD K. BINGHAM ET AL., *Appellants*, v. GARY A.
HEADRICK ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Brown,
A.C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[Nos. 30593-7-III; 32316-1-III.  Division Three.  July 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE LLOYD
TRAUB, *Appellant*.

*Affirmed* by unpublished opinion
per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[No. 32085-5-III.  Division Three.  July 2, 2015.]

DORI ELLEN CARDON, *Appellant*, v. THE ESTATE OF JAMES LEROY
BREDESEN EX REL. SUSAN MARIE BARNES, *as Personal
Representative, Respondent*.

*Affirmed* by unpublished opinion per
Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[No. 33010-9-III.  Division Three.  July 2, 2015.]

CHRISTOPHER T. DAVIS, *Appellant*, v. THURSTON COUNTY ET AL.,
*Respondents*.

*Affirmed* by unpublished
opinion per Fearing, J., concurred in by Siddoway, C.J., and
Brown, J.